UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY DALE FLOYD; VIRGINIA FLOYD; JENNIFER GAIL ROBINSON; LORENA ANN GOFORTH; and JOANNA PAUL,<br><br>Plaintiffs.<br><br>v.<br><br>BP p.l.c.; ATLANTIC RICHFIELD COMPANY; BP CORPORATION NORTH AMERICA INC.; BP AMERICA INC.; BP PIPELINES (NORTH AMERICA) INC.; MARATHON OIL CORPORATION; MARATHON OIL COMPANY; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; KINDER MORGAN, INC.; EPEC OIL COMPANY LIQUIDATING TRUST; EL PASO TENNESSEE PIPELINE CO., L.L.C.; EL PASO ENERGY, E.S.T. CO.; EPEC OIL COMPANY; MIDWESTERN GAS TRANSMISSION CO.; BOLIN OIL COMPANY, a partnership, its partners, DANIEL HOUSTON BOLIN, DANIEL PHILLIPS BOLIN, ROBERT LEE BOLIN, CHARLES WILLIAM BOLIN, and the successors of the Bolins; and PHILLIP ELIAS,<br><br>Defendants. | Case No.: 21-cv-00132-CVE-CDL<br><br>(Removed from the District Court of Creek County, Bristow Division Case No. BCJ-2020-00025) |

**KINDER MORGAN, INC., EPEC OIL COMPANY LIQUIDATING TRUST, EL PASO TENNESSEE PIPELINE CO., L.L.C., EL PASO ENERGY E.S.T. COMPANY, AND EPEC OIL COMPANY'S MOTION TO DISMISS**

Defendants Kinder Morgan, Inc., EPEC Oil Company Liquidating Trust, El Paso Tennessee Pipeline Co., L.L.C., El Paso Energy E.S.T. Company, and EPEC Oil Company (the "Moving Defendants") for their motion to dismiss Plaintiffs' Petition pursuant to Fed. R. Civ. P. 12(b)(6) adopt and incorporate by reference (1) Defendants, BP p.l.c., Atlantic Richfield

- 2 -

Company, BP Corporation North America Inc., BP America Inc. and BP Pipelines (North America) Inc.'s Motion to Dismiss and Brief in Support (Doc. 9) and (2) Marathon Defendants' Motion to Dismiss and Brief in Support (Doc. 18).  These parties, like the Moving Defendants, are described in the Petition as Operational Defendants and for the same reasons set forth in their Motions, the claims against the Moving Defendants should be dismissed.

WHEREFORE, the Moving Defendants respectfully request this Court dismiss Plaintiffs' Petition and award whatever relief the Court deems just and equitable.

Dated March 31, 2021                    Respectfully submitted,

/s/ Mark Banner
Mark Banner, OBA No. 13243
Dawson A. Brotemarkle, OBA No. 31495
HALL, ESTILL, HARDWICK, GABLE,
   GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
mbanner@hallestill.com
dbrotemarkle@hallestill.com

**ATTORNEYS FOR DEFENDANTS KINDER MORGAN, INC., EPEC OIL COMPANY LIQUIDATING TRUST, EL PASO TENNESSEE PIPELINE CO., L.L.C., EL PASO ENERGY E.S.T. COMPANY, AND EPEC OIL COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrations in this case as follows:

    A. Scott McDaniel
    Stacy L. Acord
    Melissa A. East
    Kenneth H. Blakley
    Robert D. Edinger.
    Jacqueline G. Stone
    Travis W. Brown

I further certify that on March 31, 2021, a true and correct copy of the foregoing document was also served via U.S. mail, postage prepaid, upon counsel as follows:

| | |
|---|---|
| Michael J. Blaschke, Esq.<br>MICHAEL J. BLASCHKE P.C.<br>Landmark Towers West, Suite 1000<br>3555 N.W. 58th Street<br>Oklahoma City, OK  73112 | Steven J. Adams, Esq.<br>Timothy J. Sullivan, Esq.<br>GableGotwals<br>1100 ONEOK Plaza<br>100 West Fifth Street<br>Tulsa, OK  74103-4217 |
| Allan DeVore, Esq.<br>Jandra Susanne Cox, Esq.<br>DEVORE LAW FIRM, PLC<br>5709 N.W. 132nd Street<br>Oklahoma City, OK  73142<br>**ATTORNEY FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT**<br>**MIDWESTERN GAS TRANSMISSION CO.** |
| James Key, Esq.<br>Michael K. Reer<br>HARRIS, FINLEY & BOGLE, P.C.<br>777 Main Street, Suite 1800<br>Fort Worth, TX 76102<br>**ATTORNEY FOR PLAINTIFFS** | Mike Jones, Esq.<br>MIKE JONES, P.C.<br>116 North Elm<br>Bristow, OK  74010<br>**ATTORNEYS FOR DEFENDANT PHILIP ELIAS** |

                                          */s/ Mark Banner*
                                          Mark Banner

4823023.1:520758.02097